**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000800
30-JUN-2026
08:02 AM
Dkt. 75 ODSD**

NO. CAAP-25-0000800

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BANK OF HAWAII, Plaintiff-Appellee,
v.
TARA LASHAM, Defendant-Appellee; and
COLLEEN LASHAM, Defendant-Appellant; and
JOHN DOES 1-50; JANE DOES 1-50; DOE ENTITIES 1-50,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CCV-24-0000100)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before January 2, 2026, and April 20, 2026, respectively;

(2) Self-represented Defendant-Appellant Colleen Lasham (**Lasham**) failed to file either document or request an additional extension of time;

(3) On June 16, 2026, the appellate clerk entered a default notice informing Lasham that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on June 26, 2026, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Lasham could request relief from default by motion; and

(4) Lasham has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, June 30, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge